IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE FRANK BARNES,

        Petitioner,

vs.                                    CASE NO. 3:04cv272/RS

FLORIDA PAROLE COMMISSION,

        Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25) and Petitioner's Objection to Recommendation of Dismissed of Federal Habeas Relief on January 19, 2007 (Doc. 26). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed.

3. This case is dismissed with prejudice.

4. The clerk is directed to close the file.

ORDERED on February 1, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**